AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Auriyon Tresean Rayford | ) | **3:25 ▦ ·0364** |
| | ) | |
| | ) | **MAGISTRATE JUDGE   SILVAIN** |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Auriyon Tresean Rayford

who is accused of an offense or violation based on the following document filed with the court:

☐  Indictment          ☐  Superseding Indictment          ☐  Information          ☐  Superseding Information          ☑  Complaint

☐  Probation Violation Petition          ☐  Supervised Release Violation Petition          ☐  Violation Notice          ☐  Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, §§ 846 and 841(b)(1)(A) (knowing and intentional conspiracy to possess with intent to distribute and to distribute controlled substances – namely, 400 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance)

Title 18, United States Code, § 1956(h) (conspiracy to transmit or transfer funds from a place in the United States to or through a place outside of the United States for with the intent to promote the carrying on of specified unlawful activity).

Date:  8/21/25

_____
_Issuing officer's signature_

City and state:    Dayton, Ohio

United States Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  21 Aug 25 , and the person was arrested on _(date)_  22 Aug 25
at _(city and state)_   Tipp City. OH

Date: 22 Aug 25

_____
_Arresting officer's signature_

JORDAN Gula, SA, FBI
_Printed name and title_