United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO:     Judge Michael J. Newman, Judge Walter H. Rice

FROM:     Phil Butler        , Deputy Clerk

DATE:     9/2/25

SUBJECT:   Case Caption:   USA v.
Guangzhou Tengyue Chemical Company, LTD et al

CASE:     Case Number:   3:25-cr-77

DISTRICT JUDGE:     Michael J. Newman

File Date:   9/2/25

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**   **3:25-cr-27**

Case Caption:   **USA v. Villaobos**

| | | | |
|---|---|---|---|
| Case Number: | **3:25-cr-27** | District Judge: | **Walter H. Rice** |
| File Date: | **3/25/25** | Magistrate Judge: | |

**Related Case(s):**

Case Caption:   **3:25-cr-49**

| | | | |
|---|---|---|---|
| Case Number: | **USA v. Gullatte** | District Judge: | **Walter H. Rice** |
| File Date: | **6/10/25** | Magistrate Judge: | |

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk **Phil Butler** as follows:

**Judges' Response:**

☑ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____  9/8/25
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*